**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-02692-LTB-STV

ANTHONY DYBA,

       Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal

(Doc 10 - filed December 31, 2020), and the Court being fully advised in the premises, it

is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

BY THE COURT:

    s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   January 4, 2021